FABLOK MILLS, INC. v.
COCKER MACHINE AND FOUNDRY COMPANY.

December 11, 1973. Petition for certification denied. (See 125 *N. J. Super.* 251)

JACK L. ERBER v.
SPECIAL CLASSIFICATION REVIEW BOARD.

December 11, 1973. Petition for certification denied.

WILLIAM E. DANGERFIELD v. N. J. STATE PAROLE BOARD.

December 11, 1973. Petition for certification denied.

BENNY SPARACELLO v. N. J. STATE PAROLE BOARD.

December 11, 1973. Petition for certification denied.

ELSIE H. FRIELINGHAUS v.
STORY ELECTRIC MOTOR REPAIR.

December 11, 1973. Petition for certification denied.

RAYMOND G. PECCI v. ELIZABETH M. PECCI.

December 11, 1973. Petition for certification denied.